UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JEROME REECE,

              Plaintiff,                                REPORT AND
                                                                   RECOMMENDATION
   -against-

                                                                     18 CV 7385 (KAM)(RML)

COMMISSIONER JOSEPH PONTE, *et al.*,

              Defendants.
-------------------------------------------------------X
LEVY, United States Magistrate Judge:

        Plaintiff Jerome Reece filed this civil rights case on December 27, 2018. He filed an amended complaint on January 2, 2019. On December 18, 2019, I issued an order directing plaintiff's counsel to provide a report on the status of this litigation by December 23, 2019. My order stated:

> As part of this report, plaintiff shall advise the court whether she has served a copy of the summons and complaint on the defendants within 90 days of the filing of the complaint, as required by Rule 4(m) of the Federal Rules of Civil Procedure, and, if not, whether there is good cause for her failure to do so. Plaintiff's counsel is advised that FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION TO JUDGE MATSUMOTO THAT THIS CASE BE DISMISSED FOR FAILURE TO PROSECUTE.

To date, plaintiff's counsel has not filed a status report or otherwise responded to my order. Accordingly, I am constrained to recommend that this case be dismissed for lack of prosecution.

        Any objection to this Report and Recommendation must be filed with the Clerk of the Court, with courtesy copies to Judge Matsumoto and to my chambers within fourteen (14) days. Failure to file objections in a timely manner may waive a right to appeal the District

Court's order.  <u>See</u> 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(d), 72.

Respectfully submitted,

_/s/ Robert Levy_
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
      January 10, 2020